## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

PATRICK CAREY FAHEY                                    Case No. 09-70929-SCS
DEBRA LYNN FAHEY,                                      Chapter 7

        Debtors.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Recovery Management Systems Corp<br>for GE Money Bank dba PAYPAL<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL  33131 | $2.28 |
| **TOTAL** | **$2.28** |

Dated: October 25, 2010          /s/ Charles L. Marcus
                                                     Charles L. Marcus, Trustee
                                                     VSB #7020
                                                     580 East Main Street, Suite 300
                                                     Chesapeake, VA  23320
                                                     (757) 622-9005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on October 25, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                                                /s/ Charles L. Marcus
                                                                Charles L. Marcus, Trustee